### MINNEAPOLIS COMMUNITY DE-VELOPMENT AGENCY and The City of Minneapolis, Appellants,

v.

### David L. BIBB, Acting Administrator, General Services Administration, Appellee.

No. 2008–1440.

United States Court of Appeals, Federal Circuit.

Jan. 11, 2010.

Charles N. Nauen, Lockridge Grindal Nauen P.L.L.P., of Minneapolis, MN, argued for appellants. With him on the brief was William A. Gengler. Of counsel on the brief were Susan L. Segal and Peter W. Ginder, Office of Minneapolis City Attorney, of Minneapolis, MN.

John S. Groat, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for appellee. With him on the brief were Tony West, Assistant Attorney General, Jeanne E. Davidson, Director, and Bryant G. Snee, Deputy Director.

MICHEL, Chief Judge and NEWMAN and RADER, Circuit Judges.

**Judgment**

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.